UNION BANK OF BROOKLYN, Respondent, *v.* RUBIN RUBIN-STEIN et al., Defendants, and MICHAEL RUDE, Appellant.

*Union Bank of Brooklyn* v. *Rubinstein*, 160 App. Div. 919, affirmed.
(Argued December 15, 1915; decided January 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 27, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage made by defendants Rubinstein and Rude. After making this mortgage, the defendant Rubinstein conveyed the mortgaged premises to the defendant Rude subject to a prior mortgage, as well as to the mortgage in suit and then by *mesne* conveyance the premises were conveyed to the defendant Max Stern, still subject to the lien of said mortgage. A deficiency arising on foreclosure sale of the premises, the defendants Rubinstein and Rude were held liable on their bond. The defense was that when the indebtedness became due, the market value of the premises was more than adequate security for the indebtedness, and that thereafter the plaintiff, as mortgagee, without the knowledge or consent of appellant and the then owner of the premises, who had taken the same subject to, but had not assumed the mortgage, entered into an agreement whereby the amount of the first mortgage was increased in the sum of $3,000, on a payment to apply on plaintiff's mortgage of only $375, and that this transaction terminated the appellant's liability, and that appellant is not indebted to the plaintiff in any sum whatever or liable for any deficiency.

*Henry Goldey* for appellant.

*Joseph G. Deane* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.